Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :       1:06-md-1789 (JFK)
                                                :
---------------------------------------------------x
*This Document Relates to:*                     :       **NOTICE OF APPEARANCE**
Letizia Diamond                                 :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1:08-cv-4204-JFK                       :
---------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action.  All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: June 5, 2008
     New York, New York                Respectfully submitted,


                                                   By: _____/s/_____
                                                    Paul F. Strain

                                                    Venable LLP
                                                   750 E. Pratt Street
                                                   Suite 900
                                                   Baltimore, MD 21202
                                                   (410)-244-7717
                                                   Fax: (410)-244-7742
                                                   Email: pfstrain@venable.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 5, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

               /s/
              Paul F. Strain

              Venable LLP
              750 E. Pratt Street
              Suite 900
              Baltimore, MD 21202
              (410)-244-7717
              Fax: (410)-244-7742
              Email: pfstrain@venable.com